# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MELENDEZ,<br><br>  Petitioner,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>  Respondent. | NO. CV 09-2463 AHM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 4, 2009.

*/s/ A. Howard Matz*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**